**No. 41951.**—Petition 5428–R of F. Vizcaya (San Antonio).

Opinion by TILSON, J. The record satisfied the court of the good faith of the importer and that there was no intent to defraud the revenue of the United States. The petition was therefore granted.